# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ROCHA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, MICHAEL STRONG, TYLER BOLING, and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: CV-07-5099DSF (Ex) <br><br> **ORDER OF DISMISSAL** <br><br> [Rule 41(a)(1) F.R.C.P.] |

GOOD CAUSE APPEARING THEREFOR, based upon the stipulation of counsel for the parties, the above-entitled action is hereby dismissed with prejudice under the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedures, each party to bear their own costs and attorneys fees.

Dated: 6/15/11        By: _____
                                Honorable Judge Dale Fischer
                                United States District Court

Prepared by:
Gary S. Casselman, SBN 81658
Law Offices of Gary S. Casselman
3415 S. Sepulveda Blvd., Suite 100
Los Angeles, California 90034
Ph: (310) 314-4444 / Fax: (310) 314-4447
E-mail: garyscasselman@gmail.com
Attorneys for Plaintiff

-1-